# EXHIBIT 1

LIST OF THE DEFENDANTS' NAMES, BILLS OF LADING, KNOWN ADRESSES

| # | SHIPPER | SHIPPER ADDRESS |
|---|---|---|
| 1 | PAR INTERCONTINENTAL (HK) LTD. | CHINA. PEOPLE'S REPUBLIC |
| 2 | NINGBO ETDZ HOLDINGS LTD | |
| 3 | NINGBO ETDZ HOLDINGS LTD | |
| 4 | HAINAN ZHEJIN FOREIGN TRADE CO. | 27TH FL.,NO.6 BLDG,NANDU-YINZUO,NO.99 WEST WEN ER RD.,HANGZHOU,CHINA 310012 |
| 5 | FENGHUA SUNNYSTAR INT'L TRADE CO. LTD | |
| 6 | GUANGZHOU TUBOMART TRADING CO. LTD | RM.B2,4TH/F NORTH LIJING BUILDING,NO.9,JIANGONG |
| 7 | Z&H UNITED MANUFACTURE LIMITED | CHINAPACK NINGBO IMP./EXP.CO.,LTD |
| 8 | Z&H UNITED MANUFACTURE LIMITED | CHINAPACK NINGBO IMPORT&EXPORT CO.,LTD |
| 9 | TRICAPE INTERNATIONAL CO. LTD. | 2F NO.4 SIN-AN STREET SINYI DISTRICT TAIPEI CITY. |
| 10 | INTERNATIONAL TRADING CORPORATION | #04-31 PENINSULA |
| 11 | MIKACHI IMPEX CO. LTD. | |
| 12 | TAIZHOU ZHENUOER SHOES CO. LTD | YU YING INDUSTRIAL DISTRICT MUYU TOWN, |
| 13 | WENZHOU HUADA PLASTIC PACKING PLANT | |
| 14 | WUHU ZHONGRUI IMP.AND EXP.CO. LTD. | 4/F RUNXIANG BUSINESS CENTRE, |
| 15 | SHANGHAI R AND P LOGISTICS LTD. | |
| 16 | ZHEJIANG SUNGO ELECTRIC APPLIANCE CO. LTD | INDUSTRY ZONE,GUHAI TOWN,CIXI CITY,NINGBO CHINA |
| 17 | HOWARD BERGER CO. INC CHINA OFFICE | 11F CHANGQING PLAZA 6 NORTH JIEFANG ROAD, |
| 18 | BROADWAY TRADING COMPANY | RM.702-3 TUNG WAI COMM.B.DG.,109 111 |
| 19 | HAINAN YOUMING TRADING CO. LTD. | |
| 20 | HAINAN YOUMING TRADING CO. LTD. | |
| 21 | ETERNITY INT'L FREIGHT FORWARDER(HK) LTD. | ROOM 1601-7 16/F LEIGHTON CENTRE |
| 22 | ZHEJIANG SHUANGHUAN PLASTIC VALVE ENTERPRISE.LTD. | SOUTH CITY INDUSTRIAL PARK, |
| 23 | JIANGSU EVER-OK INTERNATIONAL FORWARDING (NINGBO)C | RM.902 PINGAN MANSION,396 KAIMING STREET,NINGBO,CH |
| 24 | CHINA CONTAINER LINE LTD | 2/F, PORTMAN TOWER, |
| 25 | CHINA CONTAINER LINE LIMITED | 2FL,PORTMAN TOWER,NO.48 CAIHONG ROAD(N), |
| 26 | RS LOGISTICS LIMITED | 20/F TAI YIP BUILDING, |
| 27 | MCL MULTI CONTAINER LINE | 21TH, RM. 2102-2110,NO.55 DONGDU ROAD, |
| 28 | DAIWA MOTOR PARTS CORPORATION | |
| 29 | HI-MAS INDUSTRIAL CO. LTD. | |
| 30 | HI-MAS INDUSTRIAL CO. LTD. | |
| 31 | HI-MAS INDUSTRIAL CO. LTD. | |
| 32 | CAPEHART LIMITED. | |
| 33 | BRAKE PARTS INTERNATIONAL INC. | |
| 34 | NORDYNE INTERNATIONAL | CHINA. PEOPLE'S REPUBLIC |
| 35 | GUANGDONG WINTO CERAMICS CO. LTD. | DALAN INDUSTRY DISTRICT GUANYAO, |
| 36 | WANG DAI HAO TRADING CO. LTD. | |
| 37 | ZHUZHOU XIANGRUI PLASTIC BUILDING MATERIAL CO. LTD | NO.258 SOUTH ZHUJIANG ROAD,ZHUZHOU,HUNAN,CHINA |
| 38 | NEW ZHONG YUAN CERAMICS IMPORT AND | EXPORT CO., LTD. |
| 39 | NEW ZHONG YUAN CERAMICS IMPORT AND | EXPORT CO., LTD. |
| 40 | NEW ZHONG YUAN CERAMICS IMPORT AND | EXPORT CO., LTD. |
| 41 | NEW ZHONG YUAN CERAMICS IMPORT AND | EXPORT CO., LTD. |
| 42 | NEW ZHONG YUAN CERAMICS IMPORT AND | EXPORT CO., LTD. |
| 43 | SHENZHEN JIAXINDA IMPORT EXPORT CO. LTD | CHINA. PEOPLE'S REPUBLIC |
| 44 | PENAVICO SHENZHEN LOGISTICS LTD | |
| 45 | SHENZHEN T-STAR IMPORT & EXPORT CO. LTD. | TEL:86-755-8996 9858 FAX:86-755-8996-9531 |
| 46 | ROYAL RICH (CHINA) LTD. | ROOM 1704-1705 WAI WAH COMMERCIAL CENTRE |
| 47 | ROYAL RICH (CHINA) LTD. | 17/F.,WAI WAH COMMERCIAL CENTRE, |
| 48 | ROYAL RICH (CHINA) LTD | 17/F, WAI WAH COMMERCIAL CENTRE |

| # | SHIPPER ADDRESS | |
|---|---|---|
| 1 | **SHIPPER ADDRESS** | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | RD,HIGH TECH INDUSTRY ZONE,GUANGZHOU 510665,CHIN/ | TEL:86-020-85553495 |
| 7 | 36# FUQIAO STREET,NINGBO CHINA | |
| 8 | ADD.:36#FUQIAO STREET,NINGBO CHINA | FAX:0086-574-87284157 |
| 9 | TAIWAN.,R.O.C. | TEL:886-2-27360994 FAX:886-2-27370340 |
| 10 | PLAZA,SINGAPORE 179098 | |
| 11 | | |
| 12 | WENLING CITY,ZHEJIANG PROVINCE CHINA | |
| 13 | | |
| 14 | EAST BEIJING ROAD,WUHU ANHUI CHINA | |
| 15 | | |
| 16 | TEL:0086-574-27863826/0086-574-27863823 | FAX:0086-574-27863825 |
| 17 | WUXI,CHINA | TEL:+86-510-2327500 FAX:+86-510-2327501 |
| 18 | GLOUCESTER ROAD,WANCHAI,HONG KONG. | |
| 19 | | |
| 20 | | |
| 21 | 77 LEIGHTON ROAD CAUSEWAY BAY HONG KONG | TEL:25910230 FAX:25910122 |
| 22 | HUANGYAN,ZHEJIANG,CHINA | |
| 23 | TEL:86.574.87343308 FAX:86.574.87345908 | |
| 24 | NO. 48 NORTH CAIHONG ROAD NINGBO,CHINA | Tel:+86.574.87956789 FAX:+86.574.87956800 |
| 25 | NINGBO,CHINA | TEL:87956755 FAX:87956780 |
| 26 | 141 THOMSON ROAD,WANCHAI,HONG KONG | TEL:(852)21218096 FAX:(852)21218097 |
| 27 | NEW HUALIAN SQUARE 315000 NINGBO,P.R. OF CHINA | TEL:+86.574.87255087 FAX:+86.574.87093651 |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | NANHAI,FOSHAN,CHINA | |
| 36 | | FAX:0086-733-8829806 |
| 37 | TEL:0086-733-8834625 | |
| 38 | OF | GUANGDONG |
| 39 | OF | GUANGDONG |
| 40 | OF | GUANGDONG |
| 41 | OF | GUANGDONG |
| 42 | OF | GUANGDONG |
| 43 | | |
| 44 | | |
| 45 | | |
| 46 | 6 WILMER STREET,SHEUNG WAN HONG KONG | HONG KONG |
| 47 | 6 WILMER STREET,SHEUNG WAN, | HONG KONG |
| 48 | 6 WILMER STREET, SHEUNG WAN | |

| # | SHIPPER | SHIPPER ADRESS |
|---|---|---|
| 49 | TANGSHAN LUQI ECONOMIC TRADE CO. LTD. | NO.14,MEIYI ROAD,TANGSHAN HEBEI CHINA |
| 50 | FOSHAN JUNJING INDUSTRIAL CO. LTD | 4/F, JINQIAO BUILDING HUA YUAN ROAD CHINA. PEOPLE'S REPUBLIC |
| 51 | MILLI INTERNATIONAL CO. LTD | |
| 52 | FOSHAN SHUNDE GALANZ MICROWAVE OVEN ELECTRICAL APPLIANCE LTD.25 RONGGUI NAN ROAD,,RONGGUI, | |
| 53 | FOSHAN SHUNDE GALANZ MICROWAVE OVEN ELECTRICAL APPLIANCE LTD.25 RONGGUI NAN ROAD, RONGGUI | |
| 54 | CHAOZHOU FENGXI PORCELAIN INDUSTRIAL TRADE IMP&EXP | FENGXI, CHAOZHOU CITY, GUANGDONG, CHINA |
| 55 | WORLDWIDE TECHNICAL INC. | XIANG XI PRECINCT, LIAO BU TOWN, |
| 56 | GIBSON OVERSEAS INC | 2410 YATES AVENUE, |
| 57 | FOSHAN HAIYIJIA IMP & EXP CO. LTD | FOSHAN, GUANGDONG CHINA |
| 58 | BRUNO SCHEIDT INC. | 71 WEST 23RD STREET |
| 59 | LONKEY INDUSTRIAL CO. LTD GUANGZHOU | CHINA. PEOPLE'S REPUBLIC |
| 60 | J.S. INTERNATIONAL INC. S.A. | CHINA. PEOPLE'S REPUBLIC |
| 61 | GRANDTECH FUNITURE CO. LTD. | ROOM 303, 3/F., KEYBOND COMMERCIAL BUILDING |
| 62 | BEIJING KANG JIE KONG GUANGZHOU OFFICE ROOM.905-90 | GIE TOWER,403 HUANSHI DONG ROAD, |
| 63 | FOSHAN CITY YELONG ECONOMY TRADE CO. LTD | NO.26 DAFU SOUTH ROAD,CHANCHENG AREA, |
| 64 | ASSOCIAZIONE LOGISTICA SPEDIZIONIERI S.R.L | ROOM J, 7F, WEST BUILDING, |
| 65 | RICAL OCEAN FORWARDING CO.,LTD. | FLAT 6&8 2/F.,NEWPORT CENTRE, |
| 66 | AGI LOGISTICS (HONG KONG) LTD | 11/F, WATSON CENTRE 16-22 KUNG YIP |
| 67 | NEXES UNIVERSAL LTD. | AV. PRAIA GRANDE NO.369, KENG |
| 68 | TWIN-STAR ASIA LTD. | 20TH FLOOR EUROTRADE CENTRE, |
| 69 | GD MD AIR-CONDITIONING EQUIPMENT CO. LTD. | PENGLAI ROAD, BEIJIAO, SHUNDE, |
| 70 | GD MD AIR-CONDITIONING EQUIPMENT CO. LTD. | PENGLAI ROAD, BEIJIAO, SHUNDE, |
| 71 | GD MD AIR-CONDITIONING EQUIPMENT CO. LTD. | PENGLAI ROAD, BEIJIAO, SHUNDE, |
| 72 | RS LOGISTICS LIMITED | 20/F TAI YIP BUILDING, |
| 73 | BIRKART GLOBISTICS LTD. | SUITE 2708, 27F, SKYLINE TOWER, |
| 74 | J & S EXPRESS (H.K.) LTD. | A7-9,BLOCK A,8/F.,PROFICIENT |
| 75 | SCHENKER INTERNATIONAL (H.K.) LTD. | AS AGENT FOR SCHENKER INT'L D/B/A SCHENKER |
| 76 | SCHENKER INTERNATIONAL (H.K.) LTD. | AS AGENT FOR SCHENKER INT'L |
| 77 | BIRKART GLOBISTICS LTD. | SUITE 2708, 27F, SKYLINE TOWER, |
| 78 | GREE ELECTRIC APPLIANCES INC.OF ZHUHAI | W.JINJI ROAD,QIANSHAN, |
| 79 | GREE ELECTRIC APPLIANCES INC.OF ZHUHAI | W.JINJI ROAD,QIANSHAN, |
| 80 | GREE ELECTRIC APPLIANCES INC.OF ZHUHAI | W.JINJI ROAD,QIANSHAN, |
| 81 | PLACETECH CO. LTD. | 10TH FLOOR, 458 HSINYI ROAD, |
| 82 | TWIN-STAR ASIA LTD. | 20TH FLOOR EUROTRADE CENTRE, |
| 83 | GLOBE EXPRESS SERVICES LTD. | ROOM 702 ADMIRALTY CENTER,TOWER 1, |
| 84 | FAME RESPECT LTD | 6F-6,NO.79 SEC.1 HSINTAI WU |
| 85 | PT. NATRACO SPICES INDONESIA ON BEHALF OF CURACAO TRADING COMPANY GMBH | |
| 86 | PT BEA SARI JELITA SOAP AND DETERGENT INDUSTRY | JL. HANOMAN, PERUM GRAHA PADMA B1 N0.42 |
| 87 | PT. SPARTA INTERNATIONAL LINE | JL. SALEDRI NO. 01 LINGKAR SELATAN |
| 88 | PT. KEDAWUNG SUBUR | JL. RAYA RUNGKUT NO. 15-17 P.O.BOX 1340 SB |
| 89 | PT. MEDIA AKSARA GLOBALINDO | JL.RAYA OSOWILANGUN NO.61 |
| 90 | TROPICAL CONSOLIDATED CORPORATION | SDN BHD LOT 9-12,MK 18,JALAN |

| | SHIPPER ADDRESS | | SHIPPER ADDRESS |
|---|---|---|---|
| 49 | | | |
| 50 | EAST FOSHAN GUANGDONG CHINA | | |
| 51 | | | |
| 52 | SHUNDE GUANGDONG PROVINCE P.R.CHINA 528305 | | TEL:86-757-2886389  FAX:86-757-28889628 |
| 53 | SHUNDE GUANGDONG PROVINCE P.R.CHINA 528305 | | TEL:86-757-2886389  FAX:86-757-28889628 |
| 54 | TEL:86-768-2999199 FAX:86-768-2991818 | | |
| 55 | DONG GUANG, GUANGDONG, CHINA | | T:769-83266309 F:769-83303540 |
| 56 | COMMERCE, CA 90040-1918 | | TEL:323 832 8900 FAX:323 832 0900 |
| 57 | TEL:0086-757-82704012 | | |
| 58 | NEW YORK, N.Y. 10010 | | |
| 59 | | | |
| 60 | | | |
| 61 | 38FERRY STREET, YAU MA TEI, HONGKONG | | |
| 62 | GUANGZHOU 510095 510095 CHINA,PEOPLES REP. | | TEL:020-87325354  FAX:020-87320531 |
| 63 | FOSHAN GUANGDONG P.R.CHINA | | |
| 64 | KING CITY, NO.668, | | EAST BEIJING ROAD, SHANGHAI, 200001, |
| 65 | 116 MA TAU KOK ROAD,TOKWAWAN, | | KOWLOON,HONG KONG |
| 66 | STREET KWAI CHUNG NEW TERRITORIES | | HONG KONG TEL 852-36280288 |
| 67 | OU COMMERCIAL BUILDING 18TH | | FLOOR B MACAU |
| 68 | 21-23 DES VOEUX RD. CENTRAL, | | HONG KONG |
| 69 | GUANGDONG 528311 P.R. CHINA | | CTC:CRYSTAL HUANG |
| 70 | GUANGDONG 528311 P.R. CHINA | | CTC:CRYSTAL HUANG |
| 71 | GUANGDONG 528311 P.R. CHINA | | CTC:CRYSTAL HUANG |
| 72 | 141 THOMSON ROAD | | WANCHAI, |
| 73 | 39 WANG KWONG ROAD, | | KOWLOON BAY, HONG KONG |
| 74 | INDUSTRIAL CENTRE, 6 WANG KWUN ROAD | | KOWLOON BAY,KOWLOON, |
| 75 | OCEAN 3801-5, CHINA RESOURCES BLDG., | | 26 HARBOUR ROAD, WANCHAI, |
| 76 | D/B/A/ SCHENKER OCEAN 3801-5, CHINA RESOURCES | | BLDG., 26 HARBOUR ROAD, |
| 77 | 39 WANG KWONG ROAD, | | KOWLOON BAY,HONG KONG |
| 78 | ZHUHAI 519070, | | GUANGDONG, |
| 79 | ZHUHAI 519070, | | GUANGDONG, |
| 80 | ZHUHAI 519070, | | GUANGDONG, |
| 81 | SEC.4 TAIPEI TAIWAN | | |
| 82 | 21-23 DES VOEUX RD. CENTRAL, | | HONG KONG |
| 83 | 18 HARCOURT RD. ADMIRALTY, | | HONG KONG |
| 84 | ROAD ,HIS-CHIH,TAIPEI,TAIWAN | | |
| 85 | | | |
| 86 | SEMARANG - INDONESIA | | |
| 87 | BANDUNG INDONESIA | | INDONESIA |
| 88 | SURABAYA | | NO.11 SURABAYA 60191 - INDONESIA |
| 89 | KOMPLEKS OSOWILANGUN PERMAI BLOK B | | MERTAJAM,PENANG,MALAYSIA. |
| 90 | MENGKUANG,PENANTI 14400 BUKIT | | |

| # | CONSIGNEE | CONSIGNEE ADDRESS |
|---|---|---|
| 1 | TO ORDER | |
| 2 | PRODUIMPORT EMPRESA IMPORTADORA Y COMERCIALIZ | ADDRESS::SERAFINES#461/SAN QUINTIN SAN GABRIEL CERRO, C.HABANA,CUBA |
| 3 | PRODUIMPORT EMPRESA IMPORTADORA Y | COMERCIALIZADORA ADDRESS::SERAFINES#461/SAN |
| 4 | TO THE ORDER OF GRUPO RAMOS S.A. | |
| 5 | TO ORDER | |
| 6 | GARDA IMPORT EXPORT | CALLE BENITO MONCION NO.155 |
| 7 | CORPORACION AMADEA S.A. | DIR:C/PABLO CASALS,ENSANCHE PIANTINI SANTO DOMINGO |
| 8 | RAMON CORRIPIO & SUCS.C X A | AVE.J.F.KENNEDY NO.4 APARTADO 326 |
| 9 | UNIVERSAL DE REPUESTOS C.PORA | MARCOS RUIZ NO.39(ANTIGUA CALLE 20)APARTADO POSTAL |
| 10 | TO ORDER | |
| 11 | TO ORDER | |
| 12 | S.NARINE 200 CAMP STREET GEORGETOWN | TEL:00592 2268858 |
| 13 | PETER P.IMPORTS & EXPORTS | 162 ALEXANDER |
| 14 | TO ORDER | |
| 15 | TAXTRAN LIMITED | ROOM 2901 NO.69 JERVOIS STREET |
| 16 | CASH PLUS FOODS LIMITED | 3 SOUTH ROAD KINGSTON 10,JAMAICA,W.I |
| 17 | INTERAMERICAN SOURCING CO. INC. | C/O METROPOLITAN (NL WHS CONVERSE) |
| 18 | CARIBBEAN RETAIL VENTURES INC. | GAUTIER BENITEZ #14 CAGUAS, |
| 19 | GUO SHENG | WATERKANT 19B,PARAMARIBO |
| 20 | PESHAN VASTGOEB N.V. | GOMPER STRAAT 80# |
| 21 | YIN RONG TRADING COMPANY N.V. | GROOTHANDEI |
| 22 | SHAZAM ENTERPRISES & INVESTMENTS LTD. | 187-191 UNION RODE,MARABELLA,TRINIDAD.WI. |
| 23 | U.S. SHIPPING, INC. SD | 2121 W.MISSION RD, #307 ALHAMBRA CA 91803 |
| 24 | CHINA CONTAINER LINE LTD (NEW YORK) | 601E LINDEN AVE 2FL LINDEN NJ 07036 |
| 25 | CHINA CONTAINER LINE LTD (NEW YORK) | 601E LINDEN AVE 2FL LINDEN NJ 07036 |
| 26 | OCEAN KNIGHT SHIPPING INC. | 18725 EAST GALE AVE. SUITE #226 CITY OF |
| 27 | AIT WORLDWIDE LOGISTICS INC. | 8870 BOGGY CREEK ROAD SUITE#400 ORLANDO,FL |
| 28 | IMPORTADORA BICIMOTO LTDA.C.A | ZONA IND.CALLE D.GALPON 1.SAN MARTIN. |
| 29 | PLASTICOS HERCULES C.A. | CALLE PRINCIPAL DEL MARQUEZ,ZONA INDUSTRIAL |
| 30 | PLASTICOS HERCULES C.A. | CALLE PRINCIPAL DEL MARQUEZ,ZONA INDUSTRIAL |
| 31 | PLASTICOS HERCULES C.A. | CALLE PRINCIPAL DEL MARQUEZ,ZONA INDUSTRIAL |
| 32 | PLASTICOS HERCULES C.A. | CALLE PRINCIPAL DEL MARQUEZ ZONA INDUSTRIAL |
| 33 | ATTN:MR MANUEL GONZALEZG | AUTOMOTRIZ DISTRIBUCION AUTODIST CALLE EL PROGRESO |
| 34 | COMFORT ENGINEERING | UNION ROAD#125 |
| 35 | ARUBA BLUE VILLAGE | MALI TEL:002975878618 |
| 36 | PACIFICO SUPERMARKET | TARABANA #2,DAKOTA,ARUBA |
| 37 | PRIMEX VINYL CONCEPTS INC | GEMSWICK INDUSTRIAL PARK,GEMSWICK,ST. |
| 38 | PAN AMERICAN ELETRIC DO BRASIL LTDA RUA | FORTALEZA, N.201 SL |
| 39 | PAN AMERICAN ELETRIC DO BRASIL LTDA RUA | FORTALEZA, N.201 SL |
| 40 | PAN AMERICAN ELETRIC DO BRASIL LTDA RUA | FORTALEZA, N.201 SL |
| 41 | PAN AMERICAN ELETRIC DO BRASIL LTDA RUA | FORTALEZA, N.201 SL |
| 42 | PAN AMERICAN ELETRIC DO BRASIL LTDA RUA | FORTALEZA, N.201 SL |
| 43 | KUN SUN CHANG(CAPITAL FACTORY) | PO BOX 161 207 SANTA RITA ROAD.COROZAL |
| 44 | CONSOLCARGO LTDA | CALLE 52 NO.72 A 29 BOGOTA-COLOMBIA |
| 45 | ARTEX S.A. | CALLE 190 NO.1109 ENTRE 11 Y 13 |
| 46 | DEONARINE SUGRIM | 193 MANDELIA AV. |
| 47 | AMARNAUTH SOOKRAM | DEEDWARD VILLAGE |
| 48 | DEONARINE SUGRIM | 193 MANDELIA AV. |