| # | CONSIGNEE ADDRESS | NOTIFY |
|---|---|---|
| 1 |  | JOINT VENTURE LTD. |
| 2 |  | HIAGRO TRADING ESTABLISHMENT |
| 3 | QUINTIN SAN GABRIEL CERRO,C.HABANA,CUBA | HIAGRO TRADING ESTABLISHMENT |
| 4 |  | GRUPO RAMOS S.A. |
| 5 |  | RAMON CORRIPIO.C.POR.A |
| 6 | GAZCUE,SANTO DOMINGO,REPUBLICA DOMINICANA | GARDA IMPORT EXPORT |
| 7 | REP.DOM. TEL:809-422-1290 809-503-5941 | CORPORACION AMADEA S.A. |
| 8 | SANTO DOMINGO.REPUBLICA DOMINICANA R.D. | RAMON CORRIPIO & SUCS.C X A |
| 9 | SANTO DOMINGO,REP.DOM E-MAIL:UNIVER.REPTOS@CODETI UNIVERSAL DE REPUESTOS C.PORA |  |
| 10 |  | PARSRAM DISCOUNT STORE |
| 11 |  | BHOJWANI GENERAL IMPORTERS |
| 12 |  | S.NARINE 200 CAMP STREET GEORGETOWN |
| 13 | STREET,KITTY,GEORGETOWN,GUYANA,, | PETER P.IMPORTS & EXPORTS |
| 14 |  | ELECTRO REFRI S.A/CASAMI |
| 15 | SHEUNG WAN,HONG KONG | TAXTRAN LIMITED |
| 16 | TEL.876-960-3760 | CASH PLUS FOODS LIMITED |
| 17 | ANTIGUA CONVERS CARR 125 K.M. 86 | INTERAMERICAN SOURCING CO. INC. |
| 18 | PR 00725,PUERTO RICO | CARIBBEAN RETAIL VENTURES INC. |
| 19 | TEL:00597-472078,454837,8711578 | GUO SHENG |
| 20 | PARAMARIBO-SURINAME | PESHAN VASTGOEB N.V. |
| 21 | 00597-8815296 | YIN RONG TRADING COMPANY N.V. |
| 22 |  | ALI'S HARDWAREMATERIALS&SERVICES LTD. |
| 23 | TEL:626-284-8833  FAX:626-284-8897 | U.S. SHIPPING INC.,SD |
| 24 | PHONE(908)523-0381 FAX(908)847-0407 | CHINA CONTAINER LINE LTD (NEW YORK) |
| 25 | PHONE(908)523-0381 FAX(908)847-0407 | CHINA CONTAINER LINE LTD (NEW YORK) |
| 26 | INDUSTRY,CA 91748 USA | OCEAN KNIGHT SHIPPING INC. |
| 27 | 32824  TEL:407-438-0814 FAX:407-438-0492 | AIT WORLDWIDE LOGISTICS INC. |
| 28 | CARACAS-VENEZUELA | IMPORTADORA BICIMOTO LTDA.C.A |
| 29 | EL MARQUEZ NO.1,GALPON NO.7(AL FINAL DE LA CALLE), | PLASTICOS HERCULES C.A. |
| 30 | EL MARQUEZ NO.1,GALPON NO.7(AL FINAL DE LA CALLE), | PLASTICOS HERCULES C.A. |
| 31 | EL MARQUEZ NO.1,GALPON NO.7(AL FINAL DE LA CALLE), | PLASTICOS HERCULES C.A. |
| 32 | EL MARQUEZ NO.1,GALPON NO.7(AL FINAL DE LA CALLE), | PLASTICOS HERCULES C.A. |
| 33 | EDF.AUTODIST.LOCAL 4-LAS ACACIAS-CARACAS,VENEZUELA | ATTN:MR MANUEL GONZALEZG |
| 34 | COLE BAY ST.MAARTEN | COMFORT ENGINEERING |
| 35 |  | ARUBA BLUE VILLAGE |
| 36 | TEL:00297-5823727  FAX:00297-5823729 | PACIFICO SUPERMARKET |
| 37 | PHILIP BARBADOS W.I. | PRIMEX VINYL CONCEPTS INC |
| 38 | 5-BL2-ADRIANOPOLIS-MANAUS-AM-BRASI | PAN AMERICAN ELETRIC DO BRASIL LTDA RUA |
| 39 | 5-BL2-ADRIANOPOLIS-MANAUS-AM-BRASI | PAN AMERICAN ELETRIC DO BRASIL LTDA RUA |
| 40 | 5-BL2-ADRIANOPOLIS-MANAUS-AM-BRASI | PAN AMERICAN ELETRIC DO BRASIL LTDA RUA |
| 41 | 5-BL2-ADRIANOPOLIS-MANAUS-AM-BRASI | PAN AMERICAN ELETRIC DO BRASIL LTDA RUA |
| 42 | 5-BL2-ADRIANOPOLIS-MANAUS-AM-BRASI | PAN AMERICAN ELETRIC DO BRASIL LTDA RUA |
| 43 | TOWN BELIZE CENTRAL AMERICA | KUN SUN CHANG(CAPITAL FACTORY) |
| 44 | TEL:571-2637122 FAX:571-2637203  ATTN:TRAFICO | CONSOLCARGO LTDA |
| 45 | SIBONEY,PLAYA,CIUDAD HABANA,HABANA,CUBA | EUROMODA INTERNATIONAL CORP. |
| 46 | GEORGETOWN,GUYANA | DEONARINE SUGRIM |
| 47 | WEST COAST,BERBICE,GUYANA | AMARNAUTH SOOKRAM |
| 48 | GEORGETOWN, GUYANA | DEONARINE SUGRIM |

**NOTIFY ADDRESS**

1
2
3
4
5
6  TEL:809-688-8896 FAX:809-688-7611
7  RNC:130238324 CONTACT:ANTONY KAWAS
8  TEL:809-567-5537
9  TEL:(809)681-5596/681-6096.681-6195/681-6296**
10
11
12
13
14
15 TEL:00852 25444301 FAX:00852 25437567 ATTN:MS YU
16 CONTACT:MS.CAROL BALLATT
17 CANOVANAS, PR 00919
18 TEL:(787)743-5598 FAX:(787)746-4386
19
20 TEL:00597-454837 MOB:00597-8552185
21
22
23 CONTACT:DAVID
24 CTC:FRANK XU
25 CTC:FRANK XU EMAIL:NYC@CCL-GROUP.COM.CN
26 TEL:626-581-0055 FAX:626-581-1515
27
28
29 GUATIRE,EDO MIRANDA,GUATIRE VENEZUELA
30 GUATIRE,EDO MIRANDA,GUATIRE VENEZUELA
31 GUATIRE,EDO MIRANDA,GUATIRE VENEZUELA
32 GUATIRE,EDO MIRANDA,GUATIRE VENEZUELA
33 TEL:58-212-6311445 FAX:58-212-6317570
34 A/C:EYAD
35
36
37 TEL:001-246-416-5566 FAX:001-246-416-3877
38 CNPJ:04.964.101/0001-33
39 CNPJ:04.964.101/0001-33
40 CNPJ:04.964.101/0001-33
41 CNPJ:04.964.101/0001-33
42 CNPJ:04.964.101/0001-33
43 TEL:501-422 2487 FAX:501-422 2386
44 MAIL:TRAFICO@CONSOLCARGO.COM  NIT 830099025-0
45
46
47
48

**NOTIFY ADDRESS**

TEL:55-92-3622-2531
TEL:55-92-3622-2531
TEL:55-92-3622-2531
TEL:55-92-3622-2531
TEL:55-92-3622-2531

919
725

91803
7036
7036
91748
32824

| | CONSIGNEE | CONSIGNEE ADDRESS |
|---|---|---|
| 49 | JAMIL INTERNATIONAL LIMITED | 59 WALTHAM PARK ROAD, |
| 50 | KARST AGENCIES 20B LYNDHURST | RD. KINGSTON 5 JAMAICA W.I. |
| 51 | ELKAY DISTRIBUTORS LTD | MONTEGO BAY JAMAICA |
| 52 | PRECISION TRADING CORP | 1430 NW 88 AVE MIAMI FL 33172 |
| 53 | PRECISION TRADING CORP | 1430 NW 88 AVE MIAMI FL 33172 |
| 54 | MADERAS ALFA INC | ROAD 887, KM 2.9, BO SAN ANTON |
| 55 | ROOMS TO GO | CUSTOMS HOUSE BROKER BARRIO CANDELARIA |
| 56 | TO THE ORDER OF BANCO BILBAO VIZCAYA ARGENTARIA | BBVA TOWER, 10TH FLOOR, 254 MUNOZ RIVERA |
| 57 | INTERNATIONAL TILES CARPETS AND RUGS LTD | CORNER DON MIGUEL ROAD & LBIS DRIVE, |
| 58 | AMERICAN ROLAND FOOD CORP. | 71 WEST 23RD STREET NEW YORK, N.Y. 10010 |
| 59 | SING DA RESTAURANT | #115 CARONI SAVANNAH ROAD, CHAGUANAS |
| 60 | CADEL TRADING | 36 TISSUED DRIVE NEW TRINCITY INDUSTRIAL |
| 61 | SANTRAX MARKETING LIMITED | SOUTHERN MAIN ROAD, COUVA TRINIDAD & TOBAGO |
| 62 | EXPEDITORS INTERNATIONAL | 5415 W SLIGH AVENUE SUITE 100 |
| 63 | USA SHOP C.A. | BOULEVARD,GOMEZ ENTRE CALLE,MANNEIRO Y |
| 64 | INTERGLOBO NORTH AMERICA INC | 2 COLONY ROAD |
| 65 | CONAIR CORPORATION | 150 MILFORD ROAD, |
| 66 | CONAIR CORPORATION | 150 MILFORD ROAD, |
| 67 | LG SOURCING INC. 1605 | CURTIS BRIDGE RD. WILKESBORO NC |
| 68 | LG SOURCING INC. | 1605 CURTIS BRIDGE RD. WILKESBORO, |
| 69 | ELECTROLUX HOME PRODUCTS | 300 HUNTER LANE MIDDLETOWN, PA. 17057 |
| 70 | ELECTROLUX HOME PRODUCTS | 300 HUNTER LANE MIDDLETOWN, PA. 17057 |
| 71 | ELECTROLUX MAJOR APPLIANCES | 300 HUNTER LANE MIDDLETOWN PA.17057 |
| 72 | TRANSMART LOGISTICS INC. | 161-15 ROCKAWAY BLVD. #307 |
| 73 | ALLIANCE INTERNATIONAL | BUTTERFIELD OFFICE PLAZA |
| 74 | SAVANT INTERNATIONAL LOGISTICS LTD. | 11 BROADWAY SUITE 1066 NEW YORK |
| 75 | D/B/A SCHENKER OCEAN SCHENKER INC. | PHILADELPHIA BRANCH ALEXANDER COURT ONE |
| 76 | SCHENKER INC. | D/B/A/ SCHENKER OCEAN |
| 77 | ALLIANCE INTERNATIONAL | 100 OCEANGATE SUITE 200 |
| 78 | ELECTROLUX MAJOR APPLIANCES | ATTN: KRAIG STAMBAUGH |
| 79 | ELECTROLUX MAJOR APPLIANCES | ATTN: KRAIG STAMBAUGH |
| 80 | ELECTROLUX MAJOR APPLIANCES | ATTN: KRAIG STAMBAUGH |
| 81 | LG SOURCING INC. | 1605 CURTIS BRIDGE ROAD, |
| 82 | LG SOURCING INC. | 1605 CURTIS BRIDGE RD. WILKESBORO, |
| 83 | GLOBE EXPRESS SERVICES | 1800 ASSOCIATES LANE, SUITE E, |
| 84 | SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD, |
| 85 | TO ORDER OF PROVISIONES ALDEBOT C.POR.A. | SANTIAGO/DOM.REP. |
| 86 | P.C.P. S.A | # 1 RUE MAGNOLIA |
| 87 | TO ORDER | |
| 88 | TO ORDER | |
| 89 | TO ORDER OF | BNP PARIBAS |
| 90 | GRACEKENNEDY LIMITED | 73 HARBOUR STREET, |

| # | CONSIGNEE ADDRESS | NOTIFY |
|---|---|---|
| 49 | KINGSTON-11 JAMAICA | JAMIL INTERNATIONAL LIMITED |
| 50 | TEL:001876-964-6917 | TETLOW FRITH C/O DOUGLAS DEVELOPMENT COMPANY LT |
| 51 | TEL:979-9407 | ELKAY DISTRIBUTORS LTD |
| 52 | TEL:305-592-4500 FAX:305-593-6169 | PRECISION TRADING CORPORATION/P.R.RETAIL STORES IN |
| 53 | TEL:305-592-4500 FAX:305-593-6169 | PRECISION TRADING CORPORATION/P.R.RETAIL STORES IN |
| 54 | CAROLINA, PUERTO RICO 00987 | MADERAS ALFA INC |
| 55 | CARR. #2 KM 19.1 TOA BAJA, PR00949 | ROOMS TO GO |
| 56 | AVENUE, SAN JUAN, PUERTO RICO 00918 | J. PICA AND CIA. INC. |
| 57 | SAN JUAN, PORT OF SPAIN TRINIDAD AND TOBAGO,W.L. | INTERNATIONAL TILES CARPETS AND RUGS LTD |
| 58 | | HADCO LTD. |
| 59 | TRINIDAD AND TOBAGO | SING DA RESTAURANT |
| 60 | ESTATE TRINIDAD W.I. | CADEL TRADING |
| 61 | TEL:1-868-636-2360FAX:1-868-636-9061 | SANTRAX MARKETING LIMITED |
| 62 | TAMPA,FL 33634 | EXPEDITORS INTERNATIONAL |
| 63 | MARINA,PORLAMAR,ISLA DE MARGARITA, | USA SHOP C.A. |
| 64 | JERSEY CITY, NJ 07305 | INTERGLOBO NORTH AMERICA INC |
| 65 | EAST WINDSOR, | RICAL LOGISTICS |
| 66 | EAST WINDSOR, NJ 08520, | AIRGATE INT'L CORP (NEW YORK) |
| 67 | 28697 U.S.A. | UPS SUPPLY CHAIN SOLUTIONS 7001 CHATHAM |
| 68 | NC 28697 U.S.A. CONTACT:BETHANY W.OLLER, | UPS SUPPLY CHAIN SOLUTIONS |
| 69 | ATTN:KRAIG STAMBAUGH | MENLO WORLDWIDE |
| 70 | ATTN:KRAIG STAMBAUGH | MENLO WORLDWIDE |
| 71 | ATTN:KRAIG STAMBAUGH | MENLO WORLDWIDE |
| 72 | JAMAICA NEW YORK 11434 U.S.A. | TRANSMART LOGISTICS INC. |
| 73 | 2625 BUTTERFIELD ROAD, SUITE 317E | ALLIANCE INTERNATIONAL |
| 74 | NY 10004 U.S.A. | SAVANT INTERNATIONAL LOGISTICS LTD. |
| 75 | (BAY 1-5) 850 CALCON HOOK ROAD | D/B/A SCHENKER OCEAN SCHENKER INC. |
| 76 | PHILADELPHIA BRANCH | SCHENKER INC. |
| 77 | LONG BEACH, CA 90802 | ALLIANCE INTERNATIONAL |
| 78 | 300 HUNTER LANE MIDDLETOWN, | MENLO WORLDWIDE |
| 79 | 300 HUNTER LANE | MENLO WORLDWIDE |
| 80 | 300 HUNTER LANE | MENLO WORLDWIDE |
| 81 | WILKESBORO NC 28697 USA | UPS SUPPLY CHAIN SOLUTIONS 7001 CHATHAM |
| 82 | NC 28697 U.S.A. CONTACT:BETHANY W.OLLER, | UPS SUPPLY CHAIN SOLUTIONS |
| 83 | CHARLOTTE,NC 28217 | GLOBE EXPRESS SERVICES |
| 84 | HOFFMAN ESTATES, ILLINOIS 60179, | UPS SUPPLY CHAIN SOLUTIONS,INC USA |
| 85 | | MESSRS.PROVISIONES ALDEBOT C.POR A. |
| 86 | CITE MILITAIRE | N SERVICES |
| 87 | | KAYBEE EXIM PTE LTD |
| 88 | | C.K.M.C POR A |
| 89 | HONG KONG BRANCH | GAZEBO (H.K.) LIMITED |
| 90 | P.O.BOX 86, KINGSTON, | GRACEKENNEDY LIMITED |

| # | NOTIFY ADDRESS | NOTIFY ADDRESS |
|---|---|---|
| 49 | | |
| 50 | 'D | |
| 51 | | |
| 52 | | |
| 53 | | |
| 54 | TEL:001 787 762-8650 | |
| 55 | TEL:+1-787-995-5959 FAX:+1-787-995-5961 | |
| 56 | FOR ACCOUNT OF J.PICA AND CIA., INC. | |
| 57 | TEL:1868-674-2684  FAX:1868-675-2167 | |
| 58 | | |
| 59 | TEL:01-868-6719616 FAX:01-868-6651566 | |
| 60 | | |
| 61 | ATTN:MR.AFFGA KHAN | |
| 62 | U.S.A. | |
| 63 | VENEZUELA | |
| 64 | USA TEL:201 526 6400 FAX:201 604 0340 | 7/305 |
| 65 | NEW JERSEY 08520,U.S.A. ATTN:CAROL RITCHINGS | PH:609-426-1300 FAX:609-490-5025 |
| 66 | U.S.A ATTN: CAROL RITCHINGS | TEL: 1-609-426-1300 FAX: 1-609-490-5025 |
| 67 | | |
| 68 | IMPORT MANAGER PHONE: | 336-658-4831 |
| 69 | PHONE:(717)944-9783 | FAX:(717)944-4236 |
| 70 | PHONE:(717)944-9783 | FAX:(717)944-4236 |
| 71 | PHONE:(717)944-9783 | FAX:(717)944-4236 |
| 72 | TEL:718-712-3318 | FAX:718-712-3366 |
| 73 | TEL: 630-716-0036 FAX: 630-716-0046 | OAKBROOK, IL 60523, U.S.A. |
| 74 | CTC:MISS KATIE | TEL:1(212)4256975 FAX:1(212)3633537 |
| 75 | SHARON HILL, | PA 19079 |
| 76 | ALEXANDER COURT ONE (BAY 1-5) | 850 CALCON HOOK ROAD SHARON HILL, PA 19079 |
| 77 | TEL:562-3089140 FAX:562-3089141 | U.S.A. |
| 78 | PA 17057 PHONE: 717-944-9783 | FAX: 717-944-4236 |
| 79 | MIDDLETOWN, PA 17057 | PHONE: 717-944-9783 FAX:717-944-4236 |
| 80 | MIDDLETOWN, PA 17057 | PHONE: 717-944-9783 FAX:717-944-4236 |
| 81 | ATTN:BETHANY W.OLLER | PH:(336)658-4831 |
| 82 | IMPORT MANAGER PHONE: | 336-658-4831 |
| 83 | ATTN:MR. TONY BIKHAZI | EMAIL:ZIM@GLOBEEXPRESS.COM |
| 84 | U.S.A. | |
| 85 | | |
| 86 | PORT AU PRINCE, HAITI | |
| 87 | | |
| 88 | | |
| 89 | | |
| 90 | JAMAICA, WEST INDIES. | |