# **EXHIBIT A**

FEB-5-2002 13:22 FROM: P:1

# BILL OF LADING — ZIM INTEGRATED SHIPPING SERVICES LTD / ZIM CONTAINER SERVICE

**BILL OF LADING NO.:** ZIMUXGB?0?004

**SHIPPER/EXPORTER (NAME & ADDRESS):**
BELCO RESOURCES, INC
P.O. BOX 8164 ROCKY MOUNT, NC 27804

**CONSIGNEE (NAME & ADDRESS):**
TO ORDER OF SHIPPER

**FORWARDING AGENT:**
*PAYMENT OF FREIGHT AND CHARGES AS PER THE TERMS AND CONDITIONS OF ZIM'S BILL OF LADING CLAUSE NUMBER 16.*

**NOTIFY (NAME & ADDRESS):**
PROSSER FERTILIZER COMPANY
MILE 8 WESTERN HIGHWAY
BELIZE CITY, BELIZE, CENTRAL AMERICA
TEL: 501-223-6364

**LOADING VESSEL:** ZIM SAVANNAH
**PORT OF LOADING:** T/E NINGBO, CHINA
**PORT OF DESTINATION:** BELIZE CITY

**PARTICULARS AS FURNISHED BY SHIPPER**

| MARKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|
| CONT-ZIMU1037056 SEAL-749983/DVPD N/M | 1 CNT (CY/CY) S.L.A.C 444 DRUMS CALCIUM CHLORIDE | 20400.00 | 20.000 |

**ORIGINAL**

SHIPPER'S LOAD STOWAGE & COUNT: SAID TO CONTAIN

**TOTAL:** FOUR HUNDRED FORTY-FOUR DRUMS ONLY — TOTAL 20400.00 / 20.000

TERMINAL CHARGE — CHINA MARINE SHIPPING AGENCY NINGBO LTD. (AS AGENT)

**MERCHANT'S DECLARED VALUE OF GOODS:**
(If Merchant enters a value, Carrier's "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 7))

FREIGHT PREPAID

PLACE OF ISSUE: NINGBO
NO. OF ORIGINAL B(S)/L: THREE (3)
VALIDATED ON BOARD 04-MAY-2007

AS AGENTS FOR
ZIM INTEGRATED SHIPPING SERVICES LTD.
(AS CARRIER)

# EXHIBIT B

FEB-5-2002 13:22 FROM:

NO. SA3600703




# 货物运输条件鉴定书
## Certification for Safe Transport of Chemical Goods

样品名称:  氯化钙(氧法)

Name of Goods: CALCIUM(OXY) CHLORIDE

送样单位:  南京华宏对外经贸有限公司




上海化工研究院检测中心
(上海天科化工检测有限公司)
Shanghai Research Institute of Chemical Industry Testing Centre
( Shanghai TECH. Chemical Industry Testing Co., Ltd )

## 货物运输条件鉴定书
### Certification for Safe Transport of Chemical Goods

NO. SA3600703
Page 1/2

| 样品名称 Name of Goods | 中文 Chinese | 氯化钙(氧法) |
| --- | --- | --- |
| | 英文 Chinese | CALCIUM(OXY) CHLORIDE |

| 送样单位 Shipper | 南京华宾对外经贸有限公司 |
| --- | --- |
| 生产单位 Manufacturer | 南京华宾对外经贸有限公司 |
| 检查方法、程序 Inspection methods and procedures | 联合国《关于危险货物运输的建议书》 UN "Recommendations on the TRANSPORT OF DANGEROUS GOODS" |
| 样品外观与性状 Appearance & Odor: | 白色固体颗粒及粉末,无臭 white solid granule and powder, odorless |

**TRANSPORT INFORMATION 鉴定结果**

1. 危险性识别(Hazards identification):
   无
   None

2. 空运按照IATA DGR办理的类项(Suggestion according to IATA DGR):
   可按普通货物条件办理
   The goods is not subject to IATA DGR.

3. 包装要求(Packaging requirements):
   内包装: 塑料内胆, 外包装: 塑料桶.
   Inner package: plastic bag, Outter package: plastic drum.

检查日期: 2006年7月17日至7月17日        签发日期: 2006年7月

| 备注 Comment | 无 None |
| --- | --- |

批准 Approved:       审核 Checker:       主检 Appraiser:

货物运输条件鉴定书    NO. SA3600703
Certification for Safe Transport of Chemical Goods    Page 2/2

| 鉴定项目名称<br>ITEM | 鉴 定 结 果<br>CONCLUSION |
|---|---|
| 爆炸危险性鉴定<br>Determination of Explosives | 该货物无爆炸危险性。<br>The substance presents no explosive hazard. |
| 易燃危险性鉴定<br>Determination of Flammability | 经规定的燃烧性初步筛选试验，表明该货物不属易燃危险品。<br>The screening test of flammability is conducted in accordance with the Regulation, the result indicates that the substance does not belong to flammable solid. |
| 氧化剂危险性鉴定<br>Determination of Oxidizing Substances | 该货物无氧化剂危险性。<br>The substance does not belong to oxidizing substances. |
| 毒害危险性鉴定<br>Determination of Toxic & Infectious Substances | 大鼠口服LD50 1000 mg/kg。表明该货物不属6.1项毒性品。<br>oral, rat  LD50 1000 mg/kg. The substance does not belong to toxic substances. |
| 放射危险性鉴定<br>Determination of Radioactive Materials | 该货物不属放射性危险品。<br>The substance does not belong to Radioactive Material. |
| 腐蚀危险性鉴定<br>Determination of Corrosives | 该货物不属腐蚀品。<br>The substance does not belong to Corrosives. |
| 其他危险性鉴定<br>Determination of Other Dangerous Properties | 该货物对眼睛及皮肤稍有刺激性，避免眼睛、皮肤直接与它接触。<br>The substance is slightly irritant to eyes and skin, avoid eyes and skin contact. |

From: acs To: Fax#17909067487196068    Date: 2007-6-11 Time: 13:04:36    Jun. 11 2007 12:04    P3    Page 3/6

# EXHIBIT C

| Shipper (发货人) | 87697228 | D/R No. (编号) | |
|---|---|---|---|
| HUABANG INTERNATIONAL INC. ROOM 8-83, 8/R, CENTRE COMMERCIAL BUILDING, NO.54 DASHANI STREET NINGBO CHINA TEL:86-574-87337988 FAX:86-574-87318088 | | ZIMUNGB670P04 | |
| Consignee (收货人) | | 维公司:ZIM ISRAEL NAVIGATION CO LTD | 运费通知(1) |
| TO ORDER | | | |
| Notify Party (通知人) | | | |
| PRODDER FERTILIZER COMPANY MILA 8 WESTTED HIGHWAY BELIZE CENTRAL AMERICA TEL:501-222-5594 | | | |
| Pre-carriage by (前程运输) | Place of Receipt (收货地点) | | |
| Ocean Vessel (船名) Voy.No. (航次) | Port of Loading (装货港) | | Final Destination for the Merchant's Reference (目的地) |
| Port of Discharge (卸货港) | V. Place of Delivery (交货地) NINGBO | | |

| Container No. (集装箱号) | Seal No. (封志号) Marks & Nos. (唛头与号码) | No. of Containers or Packages (包装件数) | Kind of Packages;Description of Goods (包装种类及货名) | Gross Weight 毛重(公斤) | Measurement 尺码(立方米) |
|---|---|---|---|---|---|
| N/M | | 444 DRUMS | CALCIUM CHLORIDE | 30,400.000KGS | 30.050CBM |
| | | | 同意延伸堆场放箱 ZIM NINGBO | | |
| | | | CY/CY    1X20G1 | | |

| TOTAL NUMBER OF CONTAINERS OR PACKAGES(IN WORDS) 集装箱数或件数合计(大写) | SAY FOUR HUNDRED AND FORTY-FOUR DRUMS ONLY | | | | |
|---|---|---|---|---|---|
| FREIGHT & CHARGES (运费与附加费) | Revenue Tons (运费吨) | Rate (运费率) | Per (每) | Prepaid (预付) | Collect (到付) |
| FREIGHT PREPAID | | | | | |

| Ex. Rate (汇率) | Prepaid at (预付地点) | Payable at (付款地点) | Place of Issue (签发地点) AT NINGBO |
|---|---|---|---|
| | Total Prepaid (预付总额) | No. of Original B(s)/L (正本提单份数) | |

| | Service Type on Delivery | Reefer Temperature Required (冷藏温度) °F °C |
|---|---|---|
| Service Type on Receiving ☐-CY ☐-CFS ☐-DOOR | ☐-CY ☐-CFS ☐-DOOR | Class: Property: IMDG Code Page: UN No. |
| TYPE OF GOODS (种类) | ☐Ordinary ☐Reefer ☐Dangerous ☐Auto ☐Liquid ☐Live Animal ☐Bulk | |