Vincent M. DeOrchis (VMD-6515)
William E. Lakis (WL-9355)
Olivier D. L. DuPont (OD-2817)
**DeOrchis Wiener & Partners, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES,
LTD., KORON MARITIME, INC.

                  Plaintiffs,

  - against -

PRODUIMPORT EMPRESA IMPORTADORA Y
COMERCIALIZADORA, ET AL.

                  Defendants.
------------------------------------------------------------X



Case No. 07 CIV 6500

**DISCLOSURE OF INTERESTED
PARTIES PURSUANT TO
FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for Plaintiff KORON MARITIME, INC., certify upon information and belief that the following is a corporate parent which may be publicly held and hold more than 10% of its stock:

                  Zim Integrated Shipping Services, Ltd.

Dated: New York, New York
July 13, 2007

DeOrchis Wiener & Partners, LLP
*Attorneys for Plaintiffs*

By: _____
Vincent M. De Orchis, Esq. (VMD-6515)
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
Our file no.: 1236-689

W:\1236-689\Legals\Complt v. Third Party Shippers\ZIM HW:\1236-689\Legals\Complt v. Third Party Shippers\ZIM HAIFA 2 Rule 7 1 Disclosure Koron 071307.DOCC

2