Vincent M. DeOrchis (VMD-6515)
William E. Lakis (WL-9355)
Olivier D. L. DuPont (OD-2817)
**DeOrchis Wiener & Partners, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES,
LTD., KORON MARITIME, INC., SETH
SHIPPING LTD.

          Plaintiffs,

 - against -

PRODUIMPORT EMPRESA IMPORTADORA Y
COMERCIALIZADORA, ET AL.

          Defendants.
-----------------------------------------------------------X



Case No. 07 CIV 6500

DISCLOSURE OF INTERESTED
PARTIES PURSUANT TO
FED. R. CIV. P. 7.1

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for Plaintiff SETH SHIPPING, LTD., certify upon information and belief that it has no parent corporation and any publicly held corporation that owns 10% or more of its stock

Dated: New York, New York
    July 13, 2007

DeOrchis Wiener & Partners, LLP
*Attorneys for Plaintiffs*

By: _____
Vincent M. De Orchis, Esq. (VMD-6515)
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
Our file no.: 1236-689

W:\1236-689\Legals\Complt v. Third Party Shippers\ZIM HAIFA 2 Rule 7 1 Disclosure Seth Shipping 071307.DOC