Vincent M. DeOrchis (VMD-6515)
William E. Lakis (WL-9355)
Olivier D. L. DuPont (OD-2817)
**DeOrchis Wiener & Partners, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES,
LTD., KORON MARITIME, INC., SETH
SHIPPING LTD.

                        Plaintiffs,

  - against -

PRODUIMPORT EMPRESA IMPORTADORA Y
COMERCIALIZADORA, ET AL.

                        Defendants.
------------------------------------------------------------X

Case No. 07-cv-6500 (RMB)

**NOTICE OF
VOLUNTARY DISMISSAL**

      Plaintiffs ZIM INTEGRATED SHIPPING SERVICES, LTD., KORON MARITIME, INC., SETH SHIPPING LTD., through their attorneys, DeOrchis, Wiener & Partners, LLP, state pursuant to Fed. R. Civ. P. 23(e) that they have received an affidavit from each one of the following defendants stating that their cargo aboard the vessel M/V ZIM HAIFA identified under a specific bill of lading had not been lost or damaged as a result of the fire which broke out in hold no.5 of said vessel subject to the present action; Plaintiffs therefore and hereby file a notice of dismissal *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as against those defendants, none of which have filed an answer or a motion for summary judgment at the time of this filing:

| Defendant | Bill of Lading Numbers |
|---|---|
| ALLIANCE INTERNATIONAL | ZIMUHKG406074 and ZIMUOJA127395 |
| BHOJWANI'S GENERAL IMPORTERS | ZIMUNGB622975 |
| CONAIR CORPORATION | ZIMUOJA127169 and ZIMUOJA889280 |
| L G SOURCING, INC. | ZIMUOJA127180, ZIMUOJA127374, ZIMUOJA127269 and ZIMUOJA127375 |
| MADERAS ALFA, INC. | ZIMUSHN811852 |
| PARSRAM DISCOUNT STORE | ZIMUNGB622294 |
| P.C.P. SA | SSPHPJN2220 |
| PRECISION TRADING CORP. | ZIMUIAU820904 and ZIMUIAU820905 |
| PT. BEA SARI JELITA | SSPHPJN-2220 |
| SCHENKER, INC. D/B/A SCHENKER OCEAN | ZIMUOJA127306 and ZIMUOJA127385 |
| TRANSMART LOGISTICS, INC. | ZIMUHKG406058 |

Furthermore, Plaintiffs hereby file a notice of dismissal *without prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as against certain defendants who have not filed an affidavit but which Plaintiffs have reasons to believe that they did not own the cargo at the time of the fire aboard the M/V ZIM HAIFA:

| Defendant | Bill of Lading Numbers |
|---|---|
| BIRKART GLOBISTICS LTD. | ZIMUHKG406074 and ZIMUOJA127395 |
| MIKACHI IMPEX CO. LTD. | ZIMUNGB622975 |
| RICAL OCEAN FORWARDING CO. LTD. | ZIMUOJA127169 |
| AGI LOGISTICS (HONG KONG) LTD | ZIMUOJA889280 |

| | |
|---|---|
| PLACETECH CO. LTD. | ZIMUOJA127180 |
| TWIN-STAR ASIA LTD. | ZIMUOJA127374 and ZIMUOJA127375 |
| NEXES UNIVERSAL LTD. | ZIMUOJA127269 |
| CHAOZHOU FENGXI PORCELAIN INDUSTRIAL TRADE IMP&EXP | ZIMUSHN811852 |
| RS LOGISTICS LIMITED | ZIMUNGB743688 and ZIMUHKG406058 |
| OCEAN KNIGHT SHIPPING INC. | ZIMUNGB743688 |
| INTERNATIONAL TRADING CORPORATION | ZIMUNGB622294 |
| FOSHAN SHUNDE GALANZ MICROWAVE OVEN ELECTRICAL APPLIANCE LTD. | ZIMUIAU820904 and ZIMUIAU820905 |
| SCHENKER INTERNATIONAL (H.K.) LTD. | ZIMUOJA127306 and ZIMUOJA127385 |

Dated:  New York, New York
       November 28, 2007

**DeORCHIS, WIENER & PARTNERS, LLP**
Attorneys for Plaintiff Honeywell International, Inc.

By: _/s/ O. DuPont_
Vincent M. DeOrchis (VMD-6515)
William E. Lakis (WL-9355)
Olivier D. L. DuPont (OD-2817)
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
Our File: 1236-699

W:\1236-699\Legals\Voluntary dismissal 112107.odld.doc

3