USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES,
LTD., KORON MARITIME, INC., SETH
SHIPPING LTD.

                       Plaintiffs,

   - against -

PRODUIMPORT EMPRESA IMPORTADORA Y
COMERCIALIZADORA, ET AL.

                       Defendants.
------------------------------------------------------------X

ECF FILED

Case No. 07-cv-6500(RMB)

**NOTICE OF
VOLUNTARY DISMISSAL**

      Plaintiffs ZIM INTEGRATED SHIPPING SERVICES, LTD., KORON MARITIME, INC., SETH SHIPPING LTD., through their attorneys, DeOrchis & Partners, LLP, state pursuant to Fed. R. Civ. P. 23(e) that they have received an affidavit from each one of the following defendants stating that their cargo aboard the vessel M/V ZIM HAIFA identified under a specific bill of lading had not been lost or damaged as a result of the fire which broke out in hold no.5 of said vessel subject to the present action and consolidated action 07-cv-5861; Plaintiffs therefore and hereby file a notice of dismissal *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as against those defendants, none of which have filed an answer or a motion for summary judgment at the time of this filing:

| Defendant | Bill of Lading Numbers |
|---|---|
| UNIVERSAL DE REPUESTOS C.A. | ZIMUNGB743644 |
| ETERNITY INT'L FREIGHT FORWARDER(HK), LTD. | ZIMUNGB768125 |
| INTERGLOBO NORTH AMERICA, INC. | ZIMUXIA9052245 |
| ROOMS TO GO | ZIMUSKU8038612 |

| AIT WORLDWIDE LOGISTICS INC. | ZIMUNGB786982 |

Furthermore, Plaintiffs hereby file a notice of dismissal *without prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as against certain defendants who have not filed an affidavit but which Plaintiffs have reasons to believe that they did not own the cargo at the time of the fire aboard the M/V ZIM HAIFA:

| Defendant | Bill of Lading Numbers |
| --- | --- |
| TRICAPE INTERNATIONAL CO. LTD. | ZIMUNGB743644 |
| YIN RONG TRADING COMPANY N.V. | ZIMUNGB768125 |
| ASSOCIAZIONE LOGISTICA SPEDIZIONIERI S.R.L | ZIMUXIA9052245 |
| WORLDWIDE TECHNICAL, INC. | ZIMUSKU8038612 |
| MCL MULTI CONTAINER LINE | ZIMUNGB786982 |

Dated: New York, New York
March 1, 2008

**DeORCHIS & PARTNERS, LLP**
Attorneys for Plaintiffs

By: s/Olivier D.L. DuPont
Vincent M. DeOrchis (VMD-6515)
William E. Lakis (WL-9355)
Olivier D. L. DuPont (OD-2817)
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
Our File: 1236-699

W:\1236-699\Legals\Voluntary Dismissal\Voluntary dismissal 030108.odld.doc

SO ORDERED:
RICHARD M. BERMAN U.S.D.J.
3/3/08

2