UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES, LTD., KORON MARITIME, INC., SETH SHIPPING LTD.

                          Plaintiffs,

  - against -

PRODUIMPORT EMPRESA IMPORTADORA Y COMERCIALIZADORA, ET AL.

                          Defendants.
------------------------------------------------------------X

**ECF FILED**

Case No. 07-cv-6500(RMB)

**NOTICE OF
VOLUNTARY DISMISSAL**

      Plaintiffs ZIM INTEGRATED SHIPPING SERVICES, LTD., KORON MARITIME, INC., SETH SHIPPING LTD., through their attorneys, DeOrchis & Partners, LLP, state pursuant to Fed. R. Civ. P. 23(e) that they have received an affidavit from defendant SEARS ROEBUCK AND CO. stating that its cargo aboard the vessel M/V ZIM HAIFA identified under specific bills of lading had not been lost or damaged as a result of the fire which broke out in hold no.5 of said vessel subject to the present action and related actions 07-cv-5861 and 07-cv-6873. Plaintiffs file a notice of dismissal *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as against defendant SEARS ROEBUCK AND CO. which has not filed an answer or a motion for summary judgment at the time of this filing. Furthermore, Plaintiffs hereby file a notice of dismissal *without prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as against defendant FAME RESPECT LTD which has not filed an affidavit but which Plaintiffs have reasons to believe that it did not own any cargo at the time of the fire aboard the M/V ZIM HAIFA.

Dated:  New York, New York
          June 3, 2008

2

**DeORCHIS & PARTNERS, LLP**
Attorneys for Plaintiffs


By:   s/ Olivier D.L. DuPont_____
Vincent M. DeOrchis (VMD-6515)
William E. Lakis (WL-9355)
Olivier D. L. DuPont (OD-2817)
61 Broadway, 26th Floor
New York, New York  10006-2802
(212) 344-4700
Our File:  1236-699

W:\1236-699\Legals\Voluntary Dismissal\Voluntary dismissal 060308.odld.doc

**2**