UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ZIM INTEGRATED SHIPPING, et al.,

    -v.-

BELCO RESOURCES, et al.,
------------------------------------------------------------------x
ZIM INTEGERATED SHIPPING SERVICES LTD.

    -v-

PODIUMPORT EMPRESA IMPORTADORA
Y COMERCIALZADORA, et al.,
------------------------------------------------------------------x
CARRIBBEAN RETAIL VENTURES INC.,

    -v-

ZIM INTEGRATED SHIPPING SERVICES LTD
------------------------------------------------------------------x
MIDLAND RESOURCES HOLDING LTD,

    -v-

BELCO RESOURCES et al.,
------------------------------------------------------------------x
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

ORDER OF CONSOLIDATION

07 Civ. 5861(RMB) (GWG)

07 Civ. 6500 (RMB)(GWG)

07 Civ. 6873 (RMB)(GWG)

08 Civ. 6428 (RMB)(GWG)

    The case of <u>Midland Resources Holding v. Belco Resources et al.</u>, 08 Civ. 6428 is hereby consolidated with the cases of <u>Zim Integrated Shipping v. Belco Resources</u>, 07 Civ. 5861, <u>Zim Integrated Shipping Services Ltd. v. Prodiumport Empresa Importadora</u>, 07 Civ. 6500, and <u>Carribbean Retail Ventures v. Zim Integrated Shipping Services Ltd.</u>, 07 Civ. 6873, for all pre-trial purposes:

    SO ORDERED.

    Dated: New York, New York
           August 29, 2008

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge